IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RAY REED                                                                                              PLAINTIFF

V.                                                                   CIVIL ACTION NO. 1:18CV129-NBB-DAS

ASHLEY McCRARY, LINDA YEATES,
JANICE ROBINSON, LISA COOPERWOOD,
AND RORY BUCKHALTER                                                                           DEFENDANTS

# ORDER ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the file and record in this action, including the Report and Recommendation of the United States Magistrate Judge dated August 14, 2018, and the objections thereto, the court finds as follows:

That Plaintiff's objections are without merit and are hereby overruled;

That the Report and Recommendation of the magistrate judge dated August 14, 2018, is hereby approved and adopted as the opinion of the court;

That Plaintiff is hereby sanctioned as follows:

> Plaintiff is expressly prohibited from filing any complaint with this court in the future without the express prior written permission of the Chief Judge of the Court; and

That this action is hereby **DISMISSED** with prejudice, and this case is closed.

**SO ORDERED AND ADJUDGED** this, the 12th day of October, 2018.

 /s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE